# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 07, 2024

Mr. Marc A. Deldin
Deldin Law
18720 Mack Avenue
Suite 270
Suite 270
Grosse Pointe Farms, MI 48236

Re: Case No. 24-1401, *Nationwide Recovery, Incorporated, et al v. City of Detroit, MI*
Originating Case No.: 4:17-cv-12378

Dear Counsel,

This appeal has been docketed as case number **24-1401** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 21, 2024**. **Additionally, the transcript order must be completed by that date**. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely,

        s/Antoinette Macon
        Case Manager
        Direct Dial No. 513-564-7015

cc: Mr. Charles N. Raimi

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-1401

NATIONWIDE RECOVERY, INCORPORATED; JULIA HUSSEIN; HUSSEIN M. HUSSEIN; JERRY PARKER; ANNIE HUSSEIN; LOUAY M. HUSSEIN; CAROL HENDON

      Plaintiffs - Appellants

v.

CITY OF DETROIT, MI

      Defendant - Appellee